**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**CHRISTOPHER CHAVEZ.**

    **Plaintiff,**

    **v.**                                        **No. 1:20-CV-00812 KK/SMV**

**ABEL RENTERIA, JOHN DOE 1, JOHN DOE 2,
JOHN DOE 3, in their individual capacities,
ESTEVAN FLORES, in his official capacity,
NEW MEXICO CORRECTIONS
DEPARTMENT,**

    **Defendants.**

## **JURY DEMAND**

    COME NOW Defendants State of New Mexico Corrections Department, Abel Renteria

and Estevan Flores, by and through counsel of record, Kennedy, Moulton & Wells, P.C., by

Debra J. Moulton, and respectfully demand trial by jury of 12 persons on all issues so triable.

                           Respectfully Submitted,

                           KENNEDY, MOULTON & WELLS, P.C.

                           */s/ Debra J. Moulton*
                           DEBRA J. MOULTON
                           Attorneys for Defendants
                           2201 San Pedro NE, Bldg. 3, Suite 200
                           Albuquerque, New Mexico 87110-4133
                           (505) 884-7887

I HEREBY CERTIFY that a true
and correct copy of the
foregoing pleading was sent
electronically and via CM/ECF to:

ROTHSTEIN DONATELLI LLP

Paul M. Linnenburger
Kate S. Thompson
Maggie H. Lane
500 4th St., NW, Suite 400
Albuquerque, NM 87102
(505) 243-1443
plinnenburger@rothsteinlaw.com
kthompson@rothsteinlaw.com
mhlane@rothsteinlaw.com

on this 13th day of August, 2020

  /s/ Debra J. Moulton
DEBRA J. MOULTON