IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER CHAVEZ,

      Plaintiff,

                                          Case No. 20-CV-00812 KWR/SMV

   v.

ABEL RENTERIA, JOHN DOE 1, JOHN DOE 2,
JOHN DOE 3, in their individual capacities,
ESTEVAN FLORES, in his official capacity,
NEW MEXICO CORRECTIONS DEPARTMENT,

      Defendants.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
TO EXTEND DEADLINE TO PROVIDE PRETRIAL ORDER TO DEFENDANT**

**THIS MATTER** came before the Court for consideration of the Plaintiff's Unopposed Motion to Extend Deadline to Provide Pretrial Order to Defendant. This Court reviewed the Motion and arguments made therein and considered that the Motion is unopposed. Accordingly, this Court finds that there is good case to amend the Scheduling Order as requested and the Plaintiff's Unopposed Motion to Extend Deadline to Provide Pretrial Order to Defendant is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

A.    The Plaintiff's deadline to provide his portion of the Pretrial Order to Defendant is now due October 8, 2021.

B.    Defendants' deadline to provide the Pretrial Order to the Court remains on October 29, 2021.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

APPROVED:

ROTHSTEIN DONATELLI LLP

*/s/ Kate S. Thompson 10/5/2021*
CAROLYN "CAMMIE" NICHOLS
KATE S. THOMPSON

*and*

PAUL LINNENBURGER
Lane + Linnenburger + Lane LLP
*Attorneys for Plaintiff*

KENNEDY, MOULTON & WELLS PC

*/s/ Debra J. Moulton approved via email 10/5/2021*
DEBRA J. MOULTON
*Attorney for Defendants*