IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER CHAVEZ,

    Plaintiff,

v.   Case No. 1:20-cv-00812-KWR-SMV

ABEL RENTERIA, JOHN DOE 1,
CHRISTOPHER TURNBOW, CARLOS SAENZ,
DANIEL BLANCO, in their individual capacities,
ESTEVAN FLORES, in his official capacity,
NEW MEXICO CORRECTIONS
DEPARTMENT.

    Defendants.

**ORDER GRANTING DEFENDANT BLANCO'S UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITATIONS FOR DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT BLANCO'S <u>MOTION FOR SUMMARY JUDGMENT</u>**

**THIS MATTER** comes before the Court on Defendant Blanco's Unopposed Motion for Extension of Page Limitations for Defendant's Reply to Plaintiff's Response to Defendant Blanco's Motion for Summary Judgment (Doc. 115). The Court having reviewed the motion and the pleadings and being fully advised therein, find the Motion is **WELL-TAKEN** and is **GRANTED.** Accordingly, the Court further **FINDS:**

1. Defendant Blanco is granted fourteen (14) additional pages for Defendant's Reply to Plaintiff's Response to Defendant Blanco's Motion for Summary Judgment for a total of 26 pages.

    **IT IS SO ORDERED.**

                                      **KEA W. RIGGS.**
                                      **UNITED STATES DISTRICT JUDGE**