## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

**CHRISTOPHER CHAVEZ,**

    **Plaintiff,**

    **v.**                          **Case No. 1:20-cv-00812-KWR-SMV**

**ABEL RENTERIA, JOHN DOE 1,**
**CHRISTOPHER TURNBOW, CARLOS SAENZ,**
**DANIEL BLANCO, in their individual capacities,**
**ESTEVAN FLORES, in his official capacity,**
**NEW MEXICO CORRECTIONS**
**DEPARTMENT.**

    **Defendants.**

### ORDER GRANTING DEFENDANT TURNBOW'S UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITATIONS FOR DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT TURNBOW'S <ins>MOTION FOR SUMMARY JUDGMENT</ins>

    **THIS MATTER** comes before the Court on Defendant Turnbow's Unopposed Motion for Extension of Page Limitations for Defendant's Reply to Plaintiff's Response to Defendant Turnbow's Motion for Summary Judgment (Doc. 121). The Court having reviewed the motion and the pleadings and being fully advised therein, find the Motion is **WELL-TAKEN** and **GRANTED.** Accordingly, the Court further **FINDS:**

1. Defendant Turnbow is granted seventeen (17) additional pages for Defendant's Reply to Plaintiff's Response to Defendant Turnbow's Motion for Summary Judgment for a total of 29 pages.

    **IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**