**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**CHRISTOPHER CHAVEZ,**

    Plaintiff,

v.                                                         No. 20-cv-00812 MIS/SMV

**ABEL RENTERIA, JOHN DOE 1,**
**CHRISTOPHER TURBOW, CARLOS SAENZ,**
**DANIEL BLANCO, in their individual capacities,**
**ESTEVAN FLORES, in his official capacity, and**
**NEW MEXICO CORRECTIONS DEPARTMENT,**

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:        October 3, 2022, at 10:30 a.m. MDT.

    **Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **October 3, 2022 at 10:30 a.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. Parties shall be prepared to discuss the status of discovery and whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing, as well as the calendar of any other person whose presence will be required at the settlement conference.

    **IT IS SO ORDERED.**

                                                                                            **STEPHAN M. VIDMAR**
                                                                                            **United States Magistrate Judge**