IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CHRISTOPHER CHAVEZ,**

    Plaintiff,

v.   No. 20-cv-0812 MIS/SMV

**ABEL RENTERIA, JOHN DOE 1,**
**CHRISTOPHER TURBOW, CARLOS SAENZ,**
**DANIEL BLANCO, in their individual capacities,**
**ESTEVAN FLORES, in his official capacity, and**
**NEW MEXICO CORRECTIONS DEPARTMENT,**

    Defendants.[1]

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    October 31, at 10:30 a.m. MDT

    **Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **October 31, 2022, at 10:30 a.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. Parties shall be prepared to discuss the status of discovery and whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing, as well as the calendar of any other person whose presence will be required at the settlement conference.

    IT IS SO ORDERED.

                                                               **STEPHAN M. VIDMAR**
                                                               **United States Magistrate Judge**

---

[1] All claims against Defendant Estevan Flores were dismissed by stipulation on May 24, 2021. [Doc. 73]. All claims against Defendant Daniel Blanco were dismissed by summary judgment on September 9, 2022. [Doc. 150].