# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Stephan M. Vidmar
United States Magistrate Judge

### Clerk's Minutes

*Chavez v. New Mexico Corrections Department et al.*, 20-cv-0812 MIS/SMV

### December 8, 2022

| | |
|---|---|
| **Attorney for Plaintiff:** | Paul Linnenburger |
| **Others in Attendance:** | Christopher Chavez (Plaintiff) |
| **Attorney for Defendants**: | Debra Moulton |
| **Others in Attendance**: | Jose Puentes (State of New Mexico Risk Management Division) |
| | Brianne Bigej (NMCD Office of General Counsel) |
| **Proceedings**: | Settlement Conference |
| | Via Zoom |
| **Total Time**: | 3 hours |
| **Notes:** | — The parties reached a tentative settlement agreement. |