IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER CHAVEZ,

    Plaintiff,

v.                                                  No. 20-cv-0812 MIS/SMV

ABEL RENTERIA, JOHN DOE 1,
CHRISTOPHER TURBOW, CARLOS SAENZ,
DANIEL BLANCO, in their individual capacities,
ESTEVAN FLORES, in his official capacity, and
NEW MEXICO CORRECTIONS DEPARTMENT,

    Defendants.[1]

## ORDER TO FILE CLOSING DOCUMENTS

A settlement was reached in this matter at the settlement conference held on December 8, 2022.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **February 20, 2023**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

---

[1] All claims against Defendant Estevan Flores were dismissed by stipulation on May 24, 2021. [Doc. 73]. All claims against Defendant Daniel Blanco were dismissed by summary judgment on September 9, 2022. [Doc. 150].