IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER CHAVEZ,

    **Plaintiff,**

    v.                                      No. 1:20-CV-00812 MIS/GJF

**ABEL RENTERIA, JOHN DOE 1,
CHRISTOPHER TURBOW, CARLOS SAENZ,
DANIEL BLANCO, in his individual capacities,
ESTEVAN FLORES, in his official capacity,
NEW MEXICO CORRECTIONS
DEPARTMENT,**

    **Defendants.**

## JOINT MOTION TO DISMISS LAWSUIT WITH PREJUDICE
## PURSUANT TO SETTLEMENT AGREEMENT

    COMES NOW Plaintiff Christopher Chavez, by and through his counsel of record, Paul Linnenburger, and Defendants by and through counsel of record, Kennedy, Moulton & Wells, P.C. (Debra Moulton), and pursuant to a settlement agreement respectfully move this Court to dismiss with prejudice all of Plaintiff's claims against Defendants. Plaintiff and Defendants have compromised, resolved and settled their dispute without the admission of liability.

    WHEREFORE, Plaintiff and Defendants respectfully move this Court to dismiss with prejudice all of Plaintiff's claims against Defendants including all claims that were or could have been included therein; and for such other and further relief as the Court deems just and proper.

1

Respectfully approved, agreed and stipulated to:

LANE LINNENBURGER LANE LLP

*/s/ Paul Linnenburger*
PAUL LINNENBURGER
Attorney for Plaintiff
PO Box 6622
Albuquerque, NM 87197
(505) 226-7979


KENNEDY, MOULTON & WELLS, P.C.

*/s/ Debra J. Moulton*
DEBRA J. MOULTON
Attorney for Defendants
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
(505) 884-7887