IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CHRISTOPHER CHAVEZ,**

    **Plaintiff,**

    v.                                                   No. 1:20-CV-00812 MIS/GJF

**ABEL RENTERIA, JOHN DOE 1, JOHN DOE 2,
JOHN DOE 3, in their individual capacities,
ESTEVAN FLORES, in his official capacity,
NEW MEXICO CORRECTIONS
DEPARTMENT.**

    **Defendants.**

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Joint Motion to Dismiss Lawsuit with Prejudice Pursuant to Settlement Agreement.

The Court having considered the request and finding it to be well-taken, the Court hereby dismisses this matter with prejudice.

IT IS SO ORDERED.

*/s/ Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

1

APPROVED:

LANE LINNENBURGER LANE LLP

*/s/ Paul Linnenburger*
PAUL LINNENBURGER
PO Box 6622
Albuquerque, NM 87197
(505) 226-7979
Attorney for Plaintiff


KENNEDY, MOULTON & WELLS, P.C.

*/s/ Debra J. Moulton*
Debra J. Moulton
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, NM 87110
(505) 884-7887
Attorneys for Defendants