IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER CHAVEZ,

    Plaintiff,

v.                                                                                       No. 1:20-cv-00812-MIS-LF

ABEL RENTERIA; JOHN DOE 1;
CHRISTOPHER TURNBOW; CARLOS SAENZ;
DANIEL BLANCO, in his individual capacity;
ESTEVAN FLORES, in his official capacity; and
NEW MEXICO CORRECTIONS DEPARTMENT,

    Defendants.

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58, and consistent with the Stipulated Order of Dismissal filed contemporaneously herewith, the Court hereby enters this Final Judgment.

**IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk of the Court is **DIRECTED** to close this case.

 

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE